UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOEL NATHAN DUFRESNE,

                        Petitioner,                  Case No. 1:12-cv-1210

v.                                         Honorable Paul L. Maloney

CARMEN PALMER,

                        Respondent.
_____/

## **<u>JUDGMENT</u>**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DENIED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.


Dated:  __March 6, 2017_____        _/s/ Paul L. Maloney_____
                                                Paul L. Maloney
                                                United States District Judge